

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAR -2 P 4: 09

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STEVEN AND WANDA FRAZIER | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO.: 07-1267 |
| | * | |
| WELLS CARGO, INC., KOHLER COMPANY AND ARCH SPECIALTY INSURANCE COMPANY | * | SECTION " " |
| | * | SECT. N MAG. 1 |

* * * * * * * * * * * * * * * * * * * * * * * * *

## REMOVAL STATEMENT PURSUANT TO 28 U.S.C § 1447

In accordance with 28 U.S.C. § 1447, defendants, Wells Cargo Inc., and Arch Specialty Insurance Company provide the following information:

1. **List of all parties still remaining in this action**

   **Plaintiffs, Steven and Wanda Frazier**
   Plaintiff is represented by Henri M. Saunders, Cardenas & Saunders, Attorneys at Law, 6525 Perkins Road, Baton Rouge, Louisiana, 70808, Phone: (225) 766-5464

   **Defendants, Wells Cargo, Inc., and Arch Specialty Insurance Company**
   Defendants are represented by Robert E. Kerrigan, Jr., and Kelly E. Theard, Deutsch Kerrigan & Stiles, LLP, 755 Magazine Street, New Orleans, Louisiana, 70130, Phone: (504) 581-5141

   **Defendant, Kohler Company**
   Defendant is represented by Sidney Shushan, Guste, Barnett and Shushan, LLP, 639 Loyola Avenue, Suite 2500, New Orleans, Louisiana, 70113, (504) 529-4141

2. <u>**Copies of all pleadings, including answers, and return on service of process, filed by those parties in state court**</u>

Copies of all pleadings from the state court action were appended as Exhibit 1 to defendants' notice of removal. (Undersigned counsel has requested certified copies of the state court pleadings from the Clerk of Court of the 22nd Judicial District for the Parish of Washington and will file them into the record of this Court upon receipt.)

On March 12, 2007, the State Court Notice of Removal to Federal Court identified as Exhibit 2 was filed by fax, and sent by federal express to the clerk of court in the state court action.

Respectfully Submitted:

_____
ROBERT E. KERRIGAN, JR., T.A. (7350)
KELLY E. THEARD (29445)
DEUTSCH KERRIGAN & STILES, LLP
755 Magazine Street
New Orleans, LA 70130-3672
Phone: (504) 581-5141
Fax: (504) 566-1201
Rkerrigan@dkslaw.com
Ktheard@dkslaw.com
Counsel for Wells Cargo, Inc., and Arch Specialty Insurance Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been forwarded to all counsel of record by hand delivery this day, or by depositing a copy thereof, postage prepaid, in the United States mail, addressed to them on this 12th day of March, 2007.

_/s/ Kelly Dread_

Steven Frazier and Wanda Frazier
through their counsel of record
Henri M. Saunders, Esq.
6525 Perkins Road
Baton Rouge, LA 70808

Kohler Company
through their counsel of record
Sidney L. Shushan
Guste Barnett & Shushan, LLP
639 Loyola Avenue, Suite 2500
New Orleans, LA 70113-7103

El Dorado Water & Shower Service, Inc.,
Through its counsel of record
Creighton B. Abadie
Lindsay, Marcel, Abadie & Wehbe, A.P.L.C
9431 Common Street
Baton Rouge, LA 70809